Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Paul Velgos*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PAUL VELGOS,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER APERITIVO LLC,<br><br>Defendant. | CASE NO.: 8:25-cv-00648<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**(INJUNCTIVE RELIEF DEMANDED)** |

Plaintiff PAUL VELGOS by and through his undersigned counsel, brings this Complaint against Defendant CHARTER APERITIVO LLC for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff PAUL VELGOS ("Velgos") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Velgos' original copyrighted Work of authorship.

2. Velgos is a professional photographer specializing in high quality cityscape, landscape and beach photography that emphasizes unique scenes and tones. His work is available to purchase as art prints or digital download licensing. Velgos has had over 20,000 licenses of his images that have been purchases for use in movies, television, books, magazines, websites, print wall decor and much more, and his images have been licensed by some of the world's most well-known businesses including Forbes, The Wall Street Journal, Time, ABC News and Yahoo!. Velgos frequently works directly with businesses and partners with advertising agencies, art consultants, and design consultants on projects.

3. Defendant CHARTER APERITIVO LLC ("Aperitivo") is a company founded by Captain Mark Crow that offers private and personalized charters for up to ten guests on its 34' Sea Ray Sundancer Coupe yacht to southern California destinations including its Newport Harbor Cruise, Emerald Bay Excursion, OC Coastal Adventure, and Catalina Island Escape. At all times relevant herein, Aperitivo owned and operated the website located at the internet URL [www.charter-aperitivo.com](www.charter-aperitivo.com) (the "Website").

4. Velgos alleges that Defendant copied Velgos' copyrighted Work from the internet in order to advertise, market and promote its business activities. Aperitivo committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Aperitivo's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in California.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Aperitivo

engaged in infringement in this district, Aperitivo resides in this district, and Aperitivo is subject to personal jurisdiction in this district.

## DEFENDANT

9. Charter Aperitivo LLC is a California Limited Liability Company, with its principal place of business at 34532 Camino El Molino, Capistrano Beach, California, 92673, and can be served by serving its Registered Agent, Mark Crow 638 Camino De Los Mares, H130-236, San Clemente, CA 92673.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2015, Velgos created the photograph entitled "Catalina Island Avalon Bay at Night Pamorama Photo," which is shown below and referred to herein as the "Work".



11. At the time Velgos created the Work, Velgos applied copyright management information to the Work consisting of the words "© PAUL VELGOS" to the center.

12. Velgos registered the Work with the Register of Copyrights on May 28, 2015 as part of a group registration. The Group Registration was assigned registration number VAu 1-214-531. The Certificate of Registration is attached hereto as **Exhibit 1**.

13. Velgos' Work is protected by copyright but was not otherwise confidential, proprietary, or trade secrets.

14. At all relevant times Velgos was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY APERITIVO

15. Aperitivo has never been licensed to use the Work at issue in this action for any purpose.

16. On a date after the Work at issue in this action was created, but prior to the filing of this action, Aperitivo copied the Work.

17. On or about January 6, 2024, Velgos discovered the unauthorized use of his Work on the Website as the image depicting the "Catalina Island Escape" 8 hour private charter.

18. Aperitivo copied Velgos' copyrighted Work without Velgos' permission.

19. After Aperitivo copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its boat charter business.

20. Aperitivo copied and distributed Velgos' copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

21. Velgos' Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

22. Aperitivo committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

23. Velgos never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

24. Velgos notified Aperitivo of the allegations set forth herein on April 1, 2024, and April 22, 2024. To date, the parties have failed to resolve this matter.

25. When Aperitivo copied and displayed the Work at issue in this case, Aperitivo removed Velgos' copyright management information from the Work.

26. Velgos never gave Aperitivo permission or authority to remove copyright management information from the Work at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

27. Velgos incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

28. Velgos owns a valid copyright in the Work at issue in this case.

29. Velgos registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

30. Aperitivo copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Velgos' authorization in violation of 17 U.S.C. § 501.

31. Aperitivo performed the acts alleged in the course and scope of its business activities.

32. Defendant's acts were willful.

33. Velgos has been damaged.

34. The harm caused to Velgos has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

35. Velgos incorporates the allegations of paragraphs 1 through 266 of this Complaint as if fully set forth herein.

36. The Work at issue in this case contains copyright management information ("CMI").

37. Aperitivo knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b).

SRIPLAW
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

38. Aperitivo committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Velgos' rights in the Work at issue in this action protected under the Copyright Act.

39. Aperitivo caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Velgos' rights in the Work at issue in this action protected under the Copyright Act.

40. Velgos has been damaged.

41. The harm caused to Velgos has been irreparable.

WHEREFORE, the Plaintiff PAUL VELGOS prays for judgment against the Defendant CHARTER APERITIVO LLC that:

a. Aperitivo and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. Aperitivo be required to pay Velgos his actual damages and Defendant's profits attributable to the infringement, or, at Velgos' election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c. Aperitivo be required to pay Velgos his damages including lost sales and Defendant's profits as provided in 15 U.S.C. § 1125;

d. Velgos be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

e. Velgos be awarded pre- and post-judgment interest; and

f. Velgos be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Velgos hereby demands a trial by jury of all issues so triable.

6

COMPLAINT FOR COPYRIGHT INFRINGEMENT                    CASE NO.: 8:25-cv-00648

| | |
|---|---|
| DATED: April 1, 2025 | Respectfully submitted, |

*/s/Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff Paul Velgos*

SRIPLAW

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS