Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Paul Velgos*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| PAUL VELGOS, | CASE NO.: 8:25-cv-00648-SRM-KES |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| CHARTER APERITIVO LLC, | |
| Defendant. | |

    Plaintiff PAUL VELGOS ("Velgos"), by and through his undersigned counsel, and pursuant to Local Rule 40-2 of the Central District of California, hereby notifies the Court that the parties have reached a settlement, and requests until June 11, 2025 in which to file a Stipulation of Dismissal.

DATED:  May 12, 2025        Respectfully submitted,

                                      */s/ Matthew L. Rollin*

1

SRIPLAW
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Attorneys for Plaintiff Paul Velgos*